# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 8 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE ANTONIO MARQUEZ,<br><br>　　　　　　Defendant. | CASE NO. 12CR2324-~~DMS~~<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ 　the Court has dismissed the case for unnecessary delay; or

____ 　the Court has granted the motion of the Government for dismissal, without prejudice; or

____ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

____ 　a jury has been waived, and the Court has found the defendant not guilty; or

____ 　the jury has returned its verdict, finding the defendant not guilty;

**X** 　of the offense(s) as charged in the Information:

　　8:1326(a) and (b) - Attempted Reentry of Removed Alien

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/28/12

　　　　　　　　　　　　　　　　　　　　KAREN S. CRAWFORD
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE